IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **IYANGA BEY** | |
| **DEMAR BEY** | |
| **SHA'RAJAH BEY** | **PLAINTIFFS** |
| v. | Case No. 4:21-cv-01094-JM |
| **SEAN T. CROWLEY,** *et al.* | **DEFENDANTS** |

## ORDER

Plaintiffs Iyanga Bey, Demar Bey, and Sha'rajah Bey filed a *pro se* § 1983 complaint (Doc. 4) in this district. However, from the facts alleged and the Defendants named, it appears that venue properly lies in the United State District Court for the District of Massachusetts. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the District of Massachusetts. 28 U.S.C. § 1406(a).

It is therefore ordered that the Clerk of the Court is directed to immediately transfer Plaintiffs' entire case file to the United States District Court for the District of Massachusetts.

It is so ordered this 28th day of December, 2021.

_____
United States District Judge